NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MONICA SCHMOKER,                          )
                                         )
            Appellant,                    )
                                         )
v.                                        )            Case No. 2D18-975
                                         )
MICHAEL SCHMOKER, a/k/a                   )
MICHAEL GONZALEZ SCHMOKER,                )
                                         )
            Appellee.                     )
_____)

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Carl C. Hinson,
Judge.

Monica Schmoker, pro se.

J. Stanford Lifsey of J. Stanford Lifsey,
P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


SLEET, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.